**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Neuehouse Hollywood LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1005542** |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6121 Sunset Boulevard**<br>**Los Angeles, CA 90028**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Neuehouse Hollywood LLC**                                      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Neuehouse Hollywood LLC**                                    Case number (*if known*) _____
      Name

| List all cases. If more than 1, attach a separate list | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Neuehouse Hollywood LLC**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2025**
MM / DD / YYYY

**X** **/s/ Marcel Reichart**                                    **Marcel Reichart**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Todd E. Duffy**                                    Date    **September  8, 2025**
Signature of attorney for debtor                            MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street**
**9th Floor**
**New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 729-5832**          Email address    **tduffy@duffyamedeo.com**

**NY**
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re    **Neuehouse Hollywood LLC** _____    Case No. _____
                                              Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **September  8, 2025** _____        **/s/ Marcel Reichart** _____
                                                              **Marcel Reichart**/**Chief Executive Officer**
                                                              Signer/Title

AG APOGEE LLC
3124 SOUTH PARKER ROAD
AURORA, CO 80014


ALLUVIAL WINES, INC.
3 MUTH DRIVE
ORINDA, CA 94563


AMAZON CAPITAL SERVICES, INC.
PO BOX 035184
SEATTLE, WA 98124-5184


ARETE DIGITAL IMAGING
5241 CRANER AVENUE
NORTH HOLLYWOOD, CA 91601


BAKERS KNEADED LLC
148 WEST 132ND STREET
LOS ANGELES, CA 90061


BALDOR SPECIALTY FOODS, INC.
PO BOX 5411
NEW YORK, NY 10087


BIG TIME OPERATORS, INC.
875 N. VIRGIL AVENUE
LOS ANGELES, CA 90029


BRAUN LINEN SERVICE
16530 S. GARFIELD
PO BOX 348
PARAMOUNT, CA 90723


BREAKTHRU BEVERAGE CALIFORNIA
6550 EAST WASHINGTON BOULEVARD
LOS ANGELES, CA 90040


CALIFORNIA DEPT. OF TAX & FEE
651 BANNON STREET
SUITE 100
SACRAMENTO, CA 95811-0299


CEA PRODUCTIONS LLC
3770 SERENADE STREET
HEMET, CA 92545

CROWN CASTLE FIBER, LLC
PO BOX 21653
NEW YORK, NY 10087-1653


DAIRYLAND USA CORP
PO BOX 30943
NEW YORK, NY 10087-0943


DOMS DISTRIBUTION
2770 VAIL AVENUE
LOS ANGELES, CA 90040


ECOLAB
PO BOX 100512
PASADENA, CA 91189


EMPIRE FACILITY SERVICES
9520 ESCONDIDO CANYON RD
SANTA CLARITA, CA 91390


ESTATE WINES LTD
775 BAYWOOD DRIVE
PETALUMA, CA 94954


FEDEX
215 SUMMIT PARK DRIVE
PITTSBURGH, PA 15275


FOUR STAR SEAFOOD LAX
1315 EGBERT AVENUE
SAN FRANCISCO, CA 94124


GROUNDWORK COFFEE
11275 CHANDLER BOULEVARD
NORTH HOLLYWOOD, CA 91601


HARNEY & SONS TEA CORP.
5723 ROUTE 22
MILLERTON, NY 12546


HENRY PRINTING & GRAPHIC
6124 SUNSET BOULEVARD
LOS ANGELES, CA 90028

HOSPITALITY BY BERNAND LLC
1732 AVIATION BOULEVARD
REDONDO BEACH, CA 90278


IMPERIAL DADE
PO BOX 27305
NEW YORK, NY 10087


INDIVIDUAL FOODSERVICE
5496 LINDBERGH LANE
BELL GARDENS, CA 90201


JASON HOFFMAN
15 CROWN STREET
BROOKLYN, NY 11225


KILROY REALTY, LP
12200 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064


KOATJI, INC.
660 LILAC DRIVE
MONTECITO, CA 93108


KR HOLLYWOOD, LLC
12200 W. OLYMPIC BOULEVARD
SUITE 200
LOS ANGELES, CA 90064


LARCHMONT VILLAGE FLORIST
420 NORTH LARCHMONT BOULEVARD
LOS ANGELES, CA 90004


LARDER BAKING COMPANY
3310 S. ROBERTSON BOULEVARD
LOS ANGELES, CA 90034


LAW OFFICE OF JORDAN R. BERNST
137 NORTH LARCHMONT BLVD
#190
LOS ANGELES, CA 90004


LAZ KARP ASSOCIATES
PO BOX 782252
PHILADELPHIA, PA 19178-2252

LOESCHER MEACHEM ARCHITECHTS
353 SOUTH BROADWAY
LOS ANGELES, CA 90013


LOS ANGELES COUNTY TAX COLLECT
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012


LOS ANGELES DISTR. CO.
4550 MAYWOOD AVENUE
VERNON, CA 90058


LUXE SEAFOOD CO.
723 S. ALAMEDA STREET
LOS ANGELES, CA 90021


M. TUCKER
150 S. TWIN VALLEY ROAD
ELVERSON, PA 19520


MAIDEN VENTURES, LLC
254 E. 87TH STREET
SUITE 14G
NEW YORK, NY 10128


MARC HENRY
1318 N. LAS PALMAS AVENUE
LOS ANGELES, CA 90028


MASIENDA LLC
11515 WEST PICO BOULEVARD
LOS ANGELES, CA 90064


MIRO HOUSE, INC.
1012 ROBERTSON BOULEVARD
LOS ANGELES, CA 90035


NATURE'S PRODUCE
3305 BANDINI BOULEVARD
LOS ANGELES, CA 90058


NEWCHEF FASHION, INC.
3223 EAST 46TH STREET
LOS ANGELES, CA 90058

NSIDE VOICES, LLC
ATTN: THOMAS CHRISTOPHER
4105 SOMERSET DRIVE
LOS ANGELES, CA 90008


OTA, LLC
956 S.0WILTON PLACE
#302
LOS ANGELES, CA 90019


PACIFIC APPLIANCE REPAIR SERVI
24009 INGOMAR STREET
WEST HILLS, CA 91304


PACIFIC COAST PROPANE
539 W. MAIN STREET
ONTARIO, CA 91762


PACIFIC EVENT SERVICES
2523 N. ONTARIO STREET
BURBANK, CA 91504


PICO CLEANERS
9150 W. PICO BOULEVARD
LOS ANGELES, CA 90035


RENZO FIDANI
11271 VENTURA BOULEVARD
STUDIO CITY, CA 91604


REPUBLIC NATIONAL DISTRIBUTING
COMPANY OF CALIFORNIA
500 S. CENTRAL AVENUE
LOS ANGELES, CA 90013


RIPPL LABS, INC.
100 MASPETH AVENUE
BROOKLYN, NY 11211


RISHI SHAH
1910 SUNSET BOULEVARD
LOS ANGELES, CA 90026

ROCKER BROS. MEAT & PROVISION
405 NO. CENTINELA AVENUE
INGLEWOOD, CA 90302


ROYAL WINDOW PRODUCTS
5520 WEST PICO BOULEVARD
LOS ANGELES, CA 90019


ROYALTY COMMERCIAL CLEANING
1131 23RD STREET
SANTA MONICA, CA 90403


SALESFORCE.COM, INC.
PO BOX 203141
DALLAS, TX 75320-3141


SAVORY GOURMET, INC.
13720 SOUTH GRAMERCY PLACE
GARDENA, CA 90249


SCREENING SERVICE GROUP
8670 WILSHIRE BOULEVARD
SUITE 112
BEVERLY HILLS, CA 90211


SEVEN ROOMS
127 W. 24TH STREET
NEW YORK, NY 10011


SKURNIK WINES WEST
100 JERICHO QUAD
JERICHO, NY 11753


SOCALGAS
PO BOX C
MONTEREY PARK, CA 91756-5111


SOUTHERN GLAZER'S OF CA
2501 HOOVER STREET
LOS ANGELES, CA 90007


THE CHEFS WAREHOUSE WEST COAST
PO BOX 601154
PASADENA, CA 91189-1154

TIME WARNER CABLE
PO BOX 7186
PASADENA, CA 91109-7186


TOAST INC.
401 PARK DRIVE
BOSTON, MA 02215


TOSSWARE
10460 HICKSON STREET
EL MONTE, CA 91731


TOWN & COUNTRY EVENT RENTALS
7725 AIRPORT BUSINESS PARK WAY
VAN NUYS, CA 91406


UNION PLANT SERVICE
854 SOUTH OXFORD AVENUE
LOS ANGELES, CA 90005


UNITED NATURAL FOODS
PO BOX 742930
LOS ANGELES, CA 90074-2930


US FOODS, INC.
15155 NORTHAM STREET
LA MIRADA, CA 90638


VANCE WINE SELECTIONS
5146 NORTH COMMERCE AVENUE
MOORPARK, CA 93021


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101


VITTORIA FOOD & BEVERAGE
C/O EIMS
11661 SAN VICENTE BLVD, #220
LOS ANGELES, CA 90049


WEST COAST PRIME MEATS
344 CLIFFWOOD PARK STREET
BREA, CA 92821

```
WESTERN EXTERMINATOR COMPANY
PO BOX 16350
READING, PA 19612


WINEBOW
PO BOX 748661
LOS ANGELES, CA 90074-8661


WORLDWIDE FREIGHT MANAGEMENT
SOUTH ELLERMAN ROAD
LAKE SAINT LOUIS, MO 63367


WORLDWIDE PRODUCE
PO BOX 54399
LOS ANGELES, CA 90054


XTRACHEF, INC.
701 E. CATHEDRAL ROAD
SUITE 45
PHILADELPHIA, PA 19128
```