**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG) |
| In re:<br><br>IOVATE HEALTH SCIENCES U.S.A. INC.,[2]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11959 (MG) |
| In re:<br><br>NORTHERN INNOVATIONS HOLDING CORP.,[3]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11960 (MG) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE; AND (II)
AUTHORIZING FOREIGN REPRESENTATIVE TO FILE CONSOLIDATED
LISTS OF INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(a)(4)**

Upon the motion (the "Motion")[4] of the Foreign Representative of the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of these Chapter 15 Cases for procedural purposes only; and (b) authorizing the Foreign Representative to file consolidated lists of information required by Bankruptcy Rule 1007(a)(4); the Court having jurisdiction to consider the Motion and the relief requested therein

---

[1] The last four digits of Iovate Health Sciences International Inc.'s Canadian Business Number are 0696, and the location of its corporate head office is 381 North Service Road West, Oakville, Ontario, Canada L6M 0H4.

[2] The last four digits of Iovate Health Sciences U.S.A. Inc.'s United States Tax Identification Number are 3542, and the location of its corporate head office is 381 North Service Road West, Oakville, Ontario, Canada L6M 0H4.

[3] The last four digits of Northern Innovations Holding Corp.'s Canadian Business Number are 3909, and the location of its corporate head office is 381 North Service Road West, Oakville, Ontario, Canada L6M 0H4.

[4] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before the Court pursuant to § 1410(1) and (3); and that this Court may enter a final order consistent with Article III of the United States Constitution; adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; it appearing that the relief requested in the Motion is necessary and beneficial to the Debtors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. These Chapter 15 Cases shall be, and they hereby are jointly administered pursuant to Bankruptcy Rule 1015(b), for procedural purposes only, under Case No. 25-11958 (MG).

3. The caption of each of these Chapter 15 Cases shall be modified to reflect the joint administration of these cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IOVATE HEALTH SCIENCES INTERNATIONAL INC.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-11958 (MG)<br><br>(Jointly Administered) |

---

[1] The Debtors in the Canadian Proceeding, along with the last four digits of each Debtor's United States Tax Identification Number or Canadian Business Number, as applicable, are as follows: (i) Iovate Health Sciences International Inc. (0696); (ii) Iovate Health Sciences U.S.A. Inc. (3542); and (iii) Northern Innovations Holding Corp. (3909).

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.  A docket entry shall be made in each of the above captioned chapter 15 cases, other than on the docket of the case of Iovate Health Sciences International Inc., to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 15 Cases of: Iovate Health Sciences International Inc. (25-11958) (MG); Iovate Health Sciences U.S.A. Inc. (25-11959) (MG); and Northern Innovations Holding Corp. (25-11960) (MG). The docket in Case No. 25-11958 (MG) should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 25-11958 (MG).**

6.  The Foreign Representative shall maintain, and the clerk of the Court shall keep, one docket, one file, and one service list in these Chapter 15 Cases. The Foreign Representative is authorized to send, as applicable, combined notices to the Debtors' creditors and other parties in interest.

7.  The Foreign Representative is authorized to file a joint list of the information required by Bankruptcy Rule 1007(a)(4).

8.  Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 15 Cases.

9.  Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

10. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the clerk of the Court is hereby directed to enter this Order on the docket in each Chapter 15 Case of the Debtors.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: September 10, 2025
      New York, New York

                                       /s/Martin Glenn
                              UNITED STATES BANKRUPTCY JUDGE